598 A.2d 875

STATE OF NEW JERSEY v. CARLOS MORENO.

June 18, 1991.

Petition for certification granted, limited to the issue raised in respect of the penalties imposed under Count 2 of the indictment; and it is further

ORDERED that the matter is summarily remanded to the Law Division for resentencing on the imposition of the DEDR penalty, the laboratory fee, and the suspension of defendant's driver's license under Count 2 of the indictment.

Jurisdiction is not retained.

598 A.2d 876

STATE OF NEW JERSEY v. MICHAEL MCMILLIAN.

June 18, 1991.

Petition for certification granted, limited to the isssue of the merger of the conviction under *N.J.S.A.* 2C:35–7; and it is further

ORDERED that the matter is summarily remanded to the Law Division for resentencing in accordance with *State v. Gonzalez*, 123 *N.J.* 462, 588 *A.*2d 816 (1991).

Jurisdiction is not retained.